JONES & MAYER
Martin J. Mayer, Esq., SBN 73890
Kimberly Hall Barlow, Esq., SBN 149902
Paul R. Coble, Esq., SBN 128173
3777 North Harbor Boulevard
Fullerton, California 92835
Telephone: (714) 446-1400
Facsimile:   (714) 446-1448
khb@jones-mayer.com

Attorneys for Defendant, County of Orange and Michael S. Carona

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. HUNT,<br><br>         Plaintiff,<br><br>   vs.<br><br>COUNTY OF ORANGE; MICHAEL S. CARONA; and DOES 1 to XX, Inclusive,<br><br>         Defendants. | Case No.  SACV07-705 AG (MLGx)<br><br>**PROTECTIVE ORDER REGARDING PERSONNEL INFORMATION**<br><br>Complaint Filed: 6/18/07<br>Discovery Cut-Off:   12/16/08<br>Final Pretrial Conference: 3/12/09<br>Trial:   3/17/09 |

Pursuant to the Stipulation of the parties hereto, it is hereby ordered:

1.  In the course of discovery and other proceedings in this matter, both parties have obtained and may continue to obtain information which relates to the training, work experience, evaluations, promotions, discipline and other personal information concerning peace officers and other employees of the Orange County Sheriff's Department ("confidential personnel information").

2.  Any such confidential personnel information obtained, regardless of whether it is in the form of a statement, deposition testimony, records, documents, verbal information or any other form, shall be subject to this protective order prohibiting the confidential personnel information from being disclosed to any person other than the parties to this case, the attorneys for the parties, the person whose information is disclosed, and any witness who, in the reasonable judgment of

1

1   the attorneys, needs the information to formulate expert opinions concerning issues arising in this
2   case. As to the County of Orange, disclosure shall be limited to those persons who are in the
3   control group of the County and the Orange County Sheriff's Department. No such information
4   shall be disclosed outside of these proceedings to any person in the absence of a court order
5   obtained by a party hereto with notice of any such request having been timely provided to the
6   person whose confidential personnel information is sought to be disclosed.

7       3. Each party and their counsel is prohibited from knowingly copying, duplicating,
8   reproducing, or permitting another to copy, duplicate, reproduce, the information disclosed from
9   any personnel file, discovery response, deposition transcript or witness statement for use outside
10  these legal proceedings. Witnesses and those to whom information is lawfully provided pursuant
11  to this order shall be notified of the restrictions of this Protective Order. Any and all documents
12  containing confidential personnel information, including deposition transcripts or excerpts thereof,
13  shall be filed or lodged under seal.

14      IT IS SO ORDERED.

16  Dated: October 27, 2008

    MARC L. GOLDMAN
17      UNITED STATES MAGISTRATE JUDGE