STEPHEN H. SILVER, ESQ.; State Bar No. 038241
shsilver@shslaborlaw.com
RICHARD A. LEVINE, ESQ.; State Bar No. 091671
rlevine@shslaborlaw.com
SILVER, HADDEN, SILVER, WEXLER & LEVINE
1428 Second Street, Suite 200
P. O. Box 2161
Santa Monica, CA 90407-2161
(310) 393-1486 Telephone
(310) 395-5801 Fax

Attorneys for Plaintiff, WILLIAM J. HUNT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. HUNT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; MICHAEL S. CARONA, Sheriff-Coroner for the County of Orange; DOES I - XX, Inclusive,<br><br>　　　　　Defendants. | Case No. SACV 07-705-MMM (MLGx)<br><br>PLAINTIFF'S DESIGNATION OF SUBJECT MATTER AND ESTIMATED LENGTH OF TESTIMONY OF PLAINTIFF'S WITNESSES<br><br>Trial Date:　October 13, 2009<br>Time:　8:30 a.m.<br>Courtroom:　780 Roybal<br>Hon. Margaret M. Morrow<br><br>[Original Complaint filed: 6/18/07] |

Pursuant to the Order of the above-entitled Court at the Pre-Trial Conference on September 14, 2009, Plaintiff William J. Hunt submits the subject matter and estimated length of testimony of Plaintiff's witnesses at Trial in the above-entitled matter:

| Witness | Subject Matter | Length of Direct Examination (Est) | Length of Cross-Exam |
|---|---|---|---|
| Fred Lisanti<br>43 Via Cancion<br>San Clemente, CA | •Duties of ranks/assignments<br>•Performance of Plaintiff | 1-2 hours | |

-1-
PLAINTIFF'S DESIGNATION OF SUBJECT MATTER AND
ESTIMATED LENGTH OF TESTIMONY OF PLAINTIFF'S WITNESSES

| Witness | Subject Matter | Length of Direct Examination (Est) | Length of Cross-Exam |
|---|---|---|---|
| Tom Davis<br>33282 Golden Lantern<br>Suite 112<br>Dana Point, CA 92629 | •Duties of ranks/assignments<br>•Performance of Plaintiff<br>•pre-election campaign communications | 1-2 hours | |
| George Scarborough<br>c/o City of San Clemente<br>100 Avenida Presido<br>San Clemente, CA | •Duties of Chief of Police Services<br>•City organization<br>•Performance of Plaintiff | 1 hour | |
| Joann Galisky<br>c/o Orange County Sheriff's Department<br>550 N. Flower Street<br>Santa Ana, CA | •Topics addressed by Plaintiff during election campaign for Sheriff<br>•Carona's and Sheriff's Dept's. conduct during and after election campaign<br>•Investigation and discipline of Plaintiff | 1-2 hours | |
| Steve Bishop<br>c/o Orange County Sheriff's Department<br>550 N. Flower Street<br>Santa Ana, CA | •Topics addressed by Plaintiff during election campaign for Sheriff<br>•Carona's and Sheriff's Dept.'s conduct during and after election campaign<br>•Investigation and discipline of Plaintiff<br>•Disciplinary procedure<br>•Performance of Plaintiff<br>•Duties of ranks/assignments | 1-2 hours | |

PLAINTIFF'S DESIGNATION OF SUBJECT MATTER AND
ESTIMATED LENGTH OF TESTIMONY OF PLAINTIFF'S WITNESSES

| Witness | Subject Matter | Length of Direct Examination (Est) | Length of Cross-Exam |
|---|---|---|---|
| Jack Anderson<br>c/o Orange County Sheriff's Department<br>550 N. Flower Street<br>Santa Ana, CA | •Duties of ranks/assignments<br>•Topics addressed by Plaintiff during election campaign for Sheriff<br>•Carona's and Sheriff's Dept. conduct during and after election campaign<br>•Investigation and discipline of Plaintiff<br>•Disciplinary procedure<br>•Performance of Plaintiff<br>•Anderson's conduct respecting election campaign<br>•11/07 appearance at San Clemente City Council<br>•Anderson promotional appointments/application<br>•Anderson's political activities | 2 hours | |
| James Nunn<br>1881 Business Center Drive, Suite 11<br>San Bernardino, CA 92408 | •Expert Witness on Police Administration/Discipline | 1-2 hours | |
| Karen Smith<br>2777 Lombardy Road<br>San Marino, CA 91108 | •Expert Witness/Economist on loss of past and future earnings | 1-2 hours | |
| Michael Carona<br>c/o Orange County Sheriff's Department<br>550 N. Flower Street<br>Santa Ana, CA | •Duties of ranks/assignments<br>•Performance of Plaintiff<br>•Topics addressed by Plaintiff during election campaign for Sheriff<br>•Carona and Sheriff's Dept. conduct during and after election campaign<br>•Investigation and discipline of Plaintiff<br>•Disciplinary procedure<br>•Criminal conviction of Carona<br>•Carona's performance/actions as Sheriff<br>•Carona's 2005-2006 political campaign | 2-3 hours | |

| Witness | Subject Matter | Length of Direct Examination (Est) | Length of Cross-Exam |
|---|---|---|---|
| William J. Hunt c/o Law Offices of Silver, Hadden, Silver, Wexler & Levine 1428 Second Street Santa Monica, CA | •Employment history in Orange County Sheriff's Department •2004-2006 campaign for Orange County Sheriff and preliminary events •Topics addressed by Plaintiff during election campaign for Sheriff •Carona and Sheriff's Dept. conduct during and after election campaign •Investigation and discipline of Plaintiff •Disciplinary procedure •Performance of Plaintiff •Duties of ranks/assignments | 3 hours | |
| Robert Blackburn + (Address known to Defendants) | •Duties of ranks/assignments •Performance of Plaintiff •Topics addressed by Plaintiff during election campaign for Sheriff •Carona's and Sheriff's Dept. conduct during campaign | 2 hours | |
| Kim Markuson + c/o Orange County Sheriff's Department 550 N. Flower Street Santa Ana, CA | •Duties of rank/assignments •Performance of Plaintiff •Topics addressed by Plaintiff during election campaign for Sheriff •Carona and Sheriff's Dept. conduct during campaign | 1 hour | |
| Jim Dahl* c/o City of San Clemente 100 Avenida Presido San Clemente, CA | •Duties of Chief of Police Services • City organization | 1 hour | |

| Witness | Subject Matter | Length of Direct Examination (Est) | Length of Cross-Exam |
|---|---|---|---|
| Joe Anderson* c/o City of San Clemente 100 Avenida Presido San Clemente, CA | •Duties of Chief of Police Services •City organization | 1 hour | |
| Tim Board* c/o Orange County Sheriff's Department 550 N. Flower Street Santa Ana, CA | •Topics addressed by Plaintiff during election campaign for Sheriff •Carona's and Sheriff's Dept. conduct during and after election campaign •Investigation and discipline of Plaintiff •Disciplinary procedure •Performance of Plaintiff | 1-2 hours | |
| Jeff Bardzik + c/o Orange County Sheriff's Department 550 N. Flower Street Santa Ana, CA | •Carona 2005-2006 political campaign •Conduct of Carona and Sheriff's Department during and after political campaign | 1-2 hours | |
| Don Barnes + c/o Orange County Sheriff's Department 550 N. Flower Street Santa Ana, CA | •Carona 2005-2006 political campaign •Conduct of Carona and Sheriff's Department during and after political campaign | 1-2 hours | |
| Karen Kiddy * c/o Orange County Sheriff's Department 550 N. Flower Street Santa Ana, CA | •Plaintiff's performance •Conduct of Carona and Sheriff's Department during and after political campaign •Investigation and discipline of Plaintiff •Topics addressed by Plaintiff during election campaign for Sheriff | 1 hour | |
| Jim Amormino* c/o Orange County Sheriff's Dept. 550 N.Flower Street Santa Ana, CA | •Duties of Press/Media Information Officer •Stevenson incident | 1 hour | |

-5-
PLAINTIFF'S DESIGNATION OF SUBJECT MATTER AND
ESTIMATED LENGTH OF TESTIMONY OF PLAINTIFF'S WITNESSES

| Witness | Subject Matter | Length of Direct Examination (Est) | Length of Cross-Exam |
|---|---|---|---|
| Sandy Trujillo+<br>c/o Orange County Sheriff's Dept.<br>550 N.Flower Street<br>Santa Ana, CA | •2004-2006 campaign for O.C. Sheriff and preliminary events<br>•Conduct of Carona and Sheriff's Dept. during and after political campaign | 1-2 hours | |
| Mark Billings+<br>c/o Orange County Sheriff's Dept.<br>550 N.Flower Street<br>Santa Ana, CA | •Carona 2005-2006 political campaign<br>•Conduct of Carona and Sheriff's Department during and after political campaign | 1 hour | |
| Doug Storm *<br>18 Fairmont<br>Laguna Niguel, CA | •Duties of ranks/assignments | 1 hour | |
| Custodian of Records<br>c/o Orange County Sheriff's Dept.<br>550 N.Flower Street<br>Santa Ana, CA. | •Authenticity of Plaintiff's personnel records | 1 hour | |

\* Witnesses to be called if need arises.
+ Denotes change in previous designation of witness as "only if needed".

Dated: September 2, 2009.

SILVER, HADDEN, SILVER, WEXLER & LEVINE

By: _____
RICHARD A. LEVINE
Attorneys for Plaintiff, WILLIAM J. HUNT

00673-pld.wpd

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1428 Second Street, P.O. Box 2161, Santa Monica, California 90407-2161.

On **September 21, 2009**, I served the foregoing document described as **PLAINTIFF'S DESIGNATION OF SUBJECT MATTER AND ESTIMATED LENGTH OF TESTIMONY OF PLAINTIFF'S WITNESSES** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Martin J. Mayer, Esq.
**Kimberly Hall Barlow, Esq.**
Paul R. Coble, Esq.
JONES & MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
**(714) 446-1448 Fax**

[X] **[By Mail]**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it would be deposited with the U.S. Postal Service with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware than on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **[By Facsimile Transmission]**

I caused the above-referenced document to be transmitted to the named person(s) via facsimile transmission to the fax number(s) set forth above from a fax machine at (310) 393-3806.

Executed on **September 21, 2009**, at Santa Monica, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____     /s/ Melisa Clendenen
MELISA CLENDENEN