| | |
|---|---|
| 1 | JONES & MAYER<br>Martin J. Mayer, Esq., SBN 73890 |
| 2 | Kimberly Hall Barlow, Esq., SBN 149902<br>Paul R. Coble, Esq., SBN 128173 |
| 3 | 3777 North Harbor Boulevard<br>Fullerton, California 92835 |
| 4 | Telephone: (714) 446-1400<br>Facsimile: (714) 446-1448 |
| 5 | khb@jones-mayer.com |
| 6 | Attorneys for Defendant, County of Orange and Michael S. Carona |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM J. HUNT,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; MICHAEL S. CARONA; and DOES 1 to XX, Inclusive,<br><br>    Defendants. | Case No. SACV07-705 MMM (MLGx)<br><br>**DEFENDANTS' DESIGNATION OF SUBJECT MATTER AND ESTIMATED LENGTH OF TESTIMONY OF PLAINTIFF'S WITNESSES**<br><br>Trial Date: October 13, 2009<br>Courtroom: 780<br>[Original Complaint Filed: 6/18/07] |
|---|---|

Pursuant to Local Rule 16-5 United States District Court, Central District, Defendants County of Orange and Michael S. Carona submit the following list of witnesses to be called at Trial:

| Name of Witness | Subject Matter | Estimated Time for Direct |
|---|---|---|
| William J. Hunt | • Plaintiff's job duties;<br>• Statements and conduct made during campaign and after;<br>• Retirement and post-retirement employment efforts<br>• Plaintiff's misconduct | 3 hours |
| Assistant Sheriff Jack Anderson (Ret.) | • Plaintiff's job duties;<br>• Disruption to department<br>• Plaintiff's misconduct | 2 hours |

1

| Witness | Topics | Time |
|---|---|---|
| Assistant Sheriff Steven Bishop (Ret.) | • Plaintiff's job duties;<br>• Internal Affairs Investigation Review and Recommendation, Skelly Hearing<br>• Plaintiff's misconduct | 3 hours |
| Capt. Tim Board | • Internal Affairs Investigation and preceding District Attorney's/ Attorney General investigation<br>• Plaintiff's misconduct | 2 hours |
| Assistant Sheriff Kim Markuson (Ret.) | • Plaintiff's job duties;<br>• Disruption to department<br>• Plaintiff's misconduct | 1 and 1/2 hour |
| Sheriff Michael Carona (Ret.) | • Plaintiff's job duties;<br>• Basis for discipline;<br>• Disruption to department<br>• Plaintiff's misconduct | 4 hours |
| Sgt. Jim England | • Internal Affairs Investigation | 2 hours |
| Capt. Robert Blackburn (Ret.) | • Plaintiff's job duties<br>• Plaintiff's misconduct | 2 hours |
| George Scarborough | • Plaintiff's interaction with City Manager, elected officials, dept heads and staff as Chief of Police Services | 2 hours |
| Karen Kiddy | • HR procedures, grievance procedures, merit pay increases [unless excluded], job descriptions and duties, performance evaluation procedures and prior discipline<br>• Stevenson incident | 2 hours |
| Jim Armormino | • Plaintiff's contacts with press; Department policy re: media contacts<br>• Stevenson incident | 2 hours |
| Custodian of Records of Orange County Sheriff's Dept. | • Authentication of documents | Only if unable to stipulate to authenticity of docs - 1/2 hour |
| Captain Davis Nighswonger | • Internal Affairs Investigation | 2 hours |
| Assistant Sheriff Mike James | • Plaintiff's merit pay grievance [unless excluded], duties of lieutenants in OCSD | 1 hour |
| Linda Hamm | • Federal grant funding and implementation of same | 1 hour |

2

DEFENDANTS' AMENDED WITNESS LIST

| Chris Murphy | • Federal funding as source of Office of Traffic Safety Grants applied for by Plaintiff on behalf of San Clemente and implemented | 1 hour |
|---|---|---|
| Wayne Eggleston | • City Council Contacts and interaction with Plaintiff | 1 hour |
| David Gascon | • Expert re: review of IA and disciplinary recommendation | 2 hours |
| David Weiner, Vavoulis and Weiner - 445 S. Figueroa St., Ste. 3700, Los Angeles, CA 90071 | • Expert economic opinion | 2 hours |
| Sgt. Nancy Gafner | • Plaintiff's job duties | 2 hours |
| Custodian of Records, City of San Clemente | • Authentication of documents | ½ hour |
| Doug Chotkevys | • Role of Chiefs of Police Services | 1 to 2 hours |
| Custodian of Records of Orange County Republican Party | • Authentication of documents | ½ hour |
| Michael Schroeder c/o Orange County Republican Party | • Plaintiff's request for political party endorsement | ½ hour to 1 hour |

Dated: September 21, 2009        JONES & MAYER

James R. Touchstone
Kimberly Hall Barlow,
Attorneys for Defendants County of
Orange and Michael S. Carona

PROOF OF SERVICE
(§ 1013a, 2015.5 C.C.P.)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I em employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 3777 N. Harbor Boulevard, Fullerton, California 92835.

On **September 21, 2009**, I served the within **DEFENDANT'S DESIGNATION OF SUBJECT MATTER AND ESTIMATED LENGTH OF TESTIMONY OF PLAINTIFF'S WITNESSES**, on the interested parties in said action by placing [] a true and correct copy or [x] the original thereof as set forth below:

Richard A. Levine, Esq.
Silver Hadden Silver Wexler & Levine
1428 Second Street, Suite 200
Post Office Box 2161
Santa Monica, CA 90407-2161

[X] [*Via Mail*] By depositing said envelope with postage thereon fully prepaid in the United States mail at La Habra, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fullerton, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit fo mailing in affidavit.

[ ] [*Personal Delivery*] I cause the above referenced document(s) to be delivered to the addressee set forth above.

[ ] [*Overnight Courier*] I caused the above referenced document(s) to be delivered to an overnight delivery service, for delivery to the addressee(s) on the attached service list.

[ ] [*Via Facsimile Transmission*] I caused the above referenced document(s) to be transmitted to the named person(s) to the fax number(s) set forth on the attached Service List. The telephone number of the sending facsimile machine was 714/446-1448.

[ ] [*State*] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] [*Federal*] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 21, 2009**, at Fullerton, California.

Wendy A. Gardea