1  Martin J. Mayer, Esq., SBN 73890
   Kimberly Hall Barlow, Esq., SBN 149902
2  JONES & MAYER
   3777 North Harbor Boulevard
3  Fullerton, California 92835
   Telephone:  (714) 446-1400
4  Facsimile:   (714) 446-1448
   mjm@jones-mayer.com
5  khb@jones-mayer.com

6  Attorneys for Defendants, County of Orange and Michael S. Carona

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| 11  WILLIAM J. HUNT, | Case No:  SACV07-705 MMM (MLGx) |
|---|---|
| 12          Plaintiff, | **DEFENDANTS' PROPOSED JURY INSTRUCTIONS RE: CALIFORNIA PUBLIC RECORDS ACT AND PEACE OFFICER RECORDS** |
| 13      vs. | |
| 14  COUNTY OF ORANGE; MICHAEL S. CARONA; Sheriff Coroner for the | |
| 15  County of Orange; and DOES 1 to XX, Inclusive, | |
| 16          Defendants. | Trial Date: 10/13/09 |
| 17 | Courtroom: 780 Roybal Hon. Margaret M. Morrow |
| 18 | [Original Complaint filed: 06/18/07] |

19

20                    **SPECIAL INSTRUCTION:**

21      **California Public Records Act – Investigative Records Exempt from**

22                              **Disclosure**

23          Records of investigations of a state or local law enforcement agency are

24  protected from disclosure under the California Public Records Act.  Certain limited

25  information is public, except to the extent that disclosure would endanger the

26  safety of a person involved in an investigation or would endanger the successful

27  completion of the investigation or a related investigation.  The public information

28  is only general information relating to an incident, including the identity and

-1-

1   general physical description of an arrested individual; general information about

2   the time and location of arrest; general information about the nature of the incident

3   and criminal charges against the individual.

4

5   Authority: Government Code section 6254(f).

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' JURY INSTRUCTIONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SPECIAL INSTRUCTION:

### Confidentiality of Peace Officer Records

Peace officer records and information obtained from these records are confidential and cannot be disclosed to the public without compliance with certain specified court proceedings.

Authority: Penal Code sections 832.7 and 832.8; Evidence Code section 1043 *et seq.*; Government Code section 6254(c) and (k).  County of Orange v. Superior Court, 79 Cal. App. 4th 759, 765 (Cal. App. 4th Dist. 2000) (concluding that ongoing investigative evidence and materials of law enforcement agencies are confidential, even in the face of civil discovery) (citing, inter alia, Cal. Evid. Code § 1040; Cal. Govt. Code §§ 6250, et seq.).  See also, e.g., Pasadena Police Officers' Assn. v. City of Pasadena, 51 Cal. 3d 564, 616 (confidential information relating to ongoing investigation of officer not required to be disclosed despite procedural statutory right to disclosure at later point in time); Kerr v. United States Dist. Court for Northern Dist., 511 F.2d 192, 198 (9th Cir. 1975) (qualified official information privilege, protecting from disclosure those items where interest in confidentiality outweighs litigant's interest in disclosure); Barsamian v. City of Kingsburg, 2007 U.S. Dist. LEXIS 95582 (E.D. Cal. 2007) ("Government personnel files are considered official information").

Dated: October 19, 2009          JONES & MAYER

By: ___/s/_____
Kimberly Hall Barlow, Attorneys for
Defendants County of Orange and
Michael S. Carona

-3-
DEFENDANTS' JURY INSTRUCTIONS