UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM J. HUNT, | ) | CASE NO. CV 07-00705 MMM (MLGx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT FOR DEFENDANT |
| MICHAEL S. CARONA, | ) | |
| Defendant. | ) | |

On October 20, 2009, defendant Michael S. Carona moved for judgment as a matter of law under Rule 50 of the Federal Rules of Civil Procedure. The court denied this motion pending receipt of the jury's responses to special interrogatories set one, which concerned defendant's defense under *Elrod v. Burns*, 427 U.S. 347 (1976), and *Branti v. Finkel*, 445 U.S. 507 (1980). On October 22, 2009, the jury provided its responses to special interrogatories set one. Based on those responses, the court indicated that it would enter judgment for defendant Michael Carona, and would issue a written order detailing its reasoning. On January 15, 2010, the court issued that an order entering judgment for Carona as a matter of law. Therefore,

IT IS ORDERED AND ADJUDGED that

1. Plaintiff take nothing by way of his complaint; and

2. The action be, and it hereby is, dismissed.

DATED: January 15, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2